■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERMAINE CRENSHAW, Appellant. [681 NYS2d 540] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Jones, J.), rendered July 29, 1996, convicting him of robbery in the first degree, robbery in the second degree, crim-

inal possession of stolen property in the fifth degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his claim that the court erred in not responding to a note from the foreperson of the jury (*see,* CPL 470.05; *People v Ramkisson,* 245 AD2d 393). In any event, the defendant was not prejudiced by the court's failure to respond to the note before accepting the verdict (*see, People v Agosto,* 73 NY2d 963). The record is devoid of any evidence in support of the defendant's contention that the verdict was coerced. Bracken, J. P., Ritter, Thompson and Krausman, JJ., concur.